IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09cv01-CSC |
| | ) (WO) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412(d)(1)(A) filed on June 18, 2010 (doc. # 25). Upon consideration of the motion, and for good cause, it is

ORDERED that on or before July 6, 2010, the defendant shall show cause why the motion should not be granted.

Done this 21st day of June, 2010.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                UNITED STATES MAGISTRATE JUDGE