IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY HILL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:09cv01-CSC |
| | )              (WO) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for attorney's fees pursuant to 28 U.S.C. § 2412(d)(1)(A) filed on June 18, 2010 (doc. # 25). On June 28, 2010, the defendant filed a response to the plaintiff's motion for attorney's fees (doc. # 27) objecting to an award of fees in this case. Upon consideration of the defendant's response, and for good cause, it is

ORDERED that on or before **July 15, 2010**, the plaintiff shall file a reply to the defendant's response.

Done this 30th day of June, 2010.

                                        /s/Charles S. Coody
                                  CHARLES S. COODY
                                  UNITED STATES MAGISTRATE JUDGE